**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Charles David Elliott
Vilar & Elliott
P. O. Box 12730
Alexandria LA 71315-2730

**REHEARING ACTION: March 10, 2010**

**Docket Number: 09  00871-CA**

**SHAWN SHELTON**
**VERSUS**
**WAL-MART LOUISIANA, LLC, ET AL.**

**Appealed from Rapides Parish Case No. 230,508**

**BEFORE JUDGES:**

      **Hon. Sylvia R. Cooks**
      **Hon. Marc T. Amy**
      **Hon. Elizabeth A. Pickett**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Shawn Shelton** has this day been

      **DENIED.**

cc: R. O'Neal Chadwick  Jr., Counsel for the Appellant